STATE OF NEW JERSEY v. TOMMIE SMYTHE.

October 11, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WILBUR HARRIS.

October 11, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. HECTOR FIGUEROA.

October 11, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. PETER DYAL.

October 11, 1983.

Petition for certification granted.

BASILIO ROMAGUERA v. RALPH ALOI.

October 11, 1983.

Petition for certification denied.